IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KENNETH BOWLING,

        Petitioner,

v.

MARK NOOTH,

        Respondent.

Civil No. 09-117-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

    DATED this 25th day of March, 2011.

                           /s/ Anna J. Brown
                            ANNA J. BROWN
                            United States District Judge